BARBARA J. PARKER, City Atty., SBN 069722
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
ARLENE ROSEN, Senior Deputy City Atty., SBN 100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6392, Fax:  (510) 238-6500
28589:905227

Attorneys for Defendant,
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MONTANA,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF OAKLAND, PATRICK CACERES, DAN LINDHEIM , and DOES 1 through 50, inclusive<br><br>           Defendants. | Case No. C11-04682 MEJ<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by the parties, through their respective counsel, that the initial Case Management Conference presently scheduled for Thursday, January 5, 2012, at 10:00 a.m. be continued to Thursday, January 26, 2012 or February 2, 2012 at 10:00 a.m. The parties further agree to file their Joint Case Management Statement with the Court seven days before the hearing date, and to complete initial disclosures or state objection in Rule 26(f) report no later than seven days before the hearing date**.**

Good cause exists for this continuance on the grounds that defense counsel has another matter on January 5, 2012, that did not resolve as expected.

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2011 | OFFICE OF THE CITY ATTORNEY OF OAKLAND |

Dated:  December 22, 2011            OFFICE OF THE CITY ATTORNEY OF OAKLAND

By:/s//ARLENE M. ROSEN
    ARLENE M. ROSEN
    Senior Deputy City Attorney
    Attorneys for Defendants
    CITY OF OAKLAND, et al.

Dated: December 22, 2011            LAW OFFICES OF BONNER & BONNER

By: /s// A. CABRAL BONNER
    A. CABRAL BONNER
    Attorneys for Plaintiff
    AUDREY MONTANA

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the initial Case Management Conference in this matter, currently set for January 5, 2012 at 10:00 a.m. is continued to **[January 26, 2012] or [February 2, 2012] at 10:00 p.m.**  The parties shall file a Joint Case Management Conference Statement and serve Initial Disclosures or state object in Rule 26(f) report no later than **January 19, 2012 or January 26, 2012.**

Dated: 1/3/2012

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
Judge Maria-Elena James

STIPULATION AND (PROPOSED) ORDER                    -2-                              C11-04682 MEJ
TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE