BARBARA J. PARKER, City Atty., SBN 069722
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
ARLENE ROSEN, Senior Deputy City Atty., SBN 100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392, Fax: (510) 238-6500
28589:1002533

Attorneys for Defendant,
CITY OF OAKLAND

LAW OFFICES OF CHARLES A. BONNER,
CHARLES A. BONNER, Esq., SBN 85413
A. CABRAL BONNER, Esq., SBN 247528

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MONTANA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, PATRICK CACERES, DAN LINDHEIM, and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No. C11-04682 MEJ<br><br>STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL DATE AND EXTEND DEADLINES |

It is hereby stipulated by the parties, through their respective counsel, that trial of this matter, presently set to commence on February 25, 2013, be continued to **August 26, 2013** at 9:30 a.m. The parties further agree that all other deadlines and dates set forth in the Court's Case Management Order be adjusted accordingly as follows:

| | |
|---|---|
| Disclosure of Expert Witnesses: | 1/ 25/ 2013 |
| Rebuttal Expert Witnesses: | 2/4/2013 |
| Close of All Discovery: | 2/26/2013 |

| | | |
|---|---|---|
| 1 | Filing, Service and Notice of Dispositive Motions: | 3/21/2013 |
| 2 | Last Day for Hearing Dispositive Motions: | 4/25/2013 |
| 3 | Exchange and Filing of Trial Papers: | |
| 4 |    Deadline for lead counsel to meet and confer: | 3/26/2013 |
| 5 | Pretrial papers to be filed and served: | 7/15/2013 |
| 6 |    (Joint pretrial conference statement, witness lists, exhibit lists, motions *in limine*) | |
| 7 | Oppositions to motions *in limine* | 7/22/ 2013 |
| 8 | Trial briefs | 7/26/2013 |
| 9 | Joint voir dire questions, joint proposed jury Instructions, joint proposed verdict forms | 7/26/2013 |
| 10-11 | Pretrial conference | 8/1/ 2013, 10:00 a.m. |
| 12 | Final pretrial conference | 8/ 22/2013, 10:00 a.m. |
| 13 | Jury trial | 8/26/2013, 9:30 a.m. |

Good cause exists for this continuance on the grounds that trial counsel for each of the parties have calendar conflicts with the existing trial and pretrial dates, and have selected the proposed new dates after meeting and conferring.

Dated: July 25, 2012    OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: /s/ [signature]
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND, et al.

Dated: July 25, 2012    LAW OFFICES OF BONNER & BONNER

By: [signature]
A. CABRAL BONNER
Attorneys for Plaintiff
AUDREY MONTANA

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that the trial in this matter, currently set for February 25, 2013 at ~~9:300~~ 9:30 am a.m. is continued to **[August 26, 2013] at 9:30 a.m.**, with all other deadlines continued as set forth in the stipulation above and subject to all instructions and provisions set forth in the Court's Case Management Order of January 12, 2012.

Dated: July 27, 2012



UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE TRIAL AND EXTEND
DEADLINES                                    -3-                                    C11-04682 MEJ