CHARLES A. BONNER, ESQ. (SB# 85413)
A. CABRAL BONNER, ESQ. (SB# 247528)
**LAW OFFICES OF BONNER AND BONNER**
475 GATE FIVE ROAD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

Casey A. Hatton, Esq. (SBN 246081)
Law Offices of Casey A. Hatton
1946 Embarcadero, Suite 100
Oakland, CA 94606
Telephone: (510)698-4451
Facsimile: (510)535-2579

ATTORNEYS FOR PLAINTIFF
AUDREY MONTANA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MONTANA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, PATRICK CACERES, DAN LINDHEIM and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: CV-11-04682 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES** |

It is hereby stipulated by the parties, through their respective counsel, that the discovery and expert disclosure deadlines in this action be extended as follows:

    Disclosure of Expert Witnesses:    4/1/13

    Rebuttal Expert Witnesses:    4/16/13

    Close of All Discovery:    4/30/13

1

Good cause exists for this continuance on the grounds that trial counsel for each of the parties have scheduled mutually-agreeable dates and times for percipient witness depositions beyond the current discovery deadline. The parties have also agreed to attend a mediation prior disclosing experts.

SO STIPULATED:

Dated: February 1, 2013              **LAW OFFICES OF CASEY A. HATTON**

_____/s/_____
Casey A. Hatton
Attorney for Plaintiff

Dated: February 1, 2013              **OFFICE OF THE CITY ATTORNEY OF OAKLAND**

_____/s/_____
Arlene M. Rosen
Senior Deputy City Attorney
Attorneys for Defendants

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the discovery and expert disclosure deadlines be continued as set forth in the stipulation above.

Dated: February 4, 2013            _____
                                    MAGISTRATE JUDGE
                                    Judge Maria-Elena James