UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

AUDREY MONTANA,

    Plaintiff,

  v.

CITY OF OAKLAND, et al.,

    Defendants.

No. C 11-4682 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: March 27, 2013
Mediator: Kristen Maloney

    IT IS HEREBY ORDERED that the request to excuse named defendant Dan Lindheim from participating in the March 27, 2013, mediation session before Kristen Maloney is GRANTED.

    IT IS SO ORDERED.

March 13, 2013    By: _____
Dated
                                  Elizabeth D. Laporte
                                  United States Chief Magistrate Judge