UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AUDREY MONTANA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4682 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      March 27, 2013<br>Mediator:  Kristen Maloney |

IT IS HEREBY ORDERED that the request to excuse named defendant Dan Lindheim from participating in the March 27, 2013, mediation session before Kristen Maloney is GRANTED.

IT IS SO ORDERED.

March 13, 2013      By: _____
Dated                                     Elizabeth D. Laporte
                                             United States Chief Magistrate Judge