UNITED STATES DISTRICT COURT

Northern District of California

AUDREY MONTANA,

    Plaintiff,

 v.

CITY OF OAKLAND, et al.,

    Defendants.

_____/

No. C11-4682 MEJ

**ORDER RE: STATUS**

    Pursuant to the Court's most recent case management order in this case, the parties were to file any dispositive motions by March 21, 2013. Dkt. No. 17. As neither party filed a motion, and a review of the docket shows that they were scheduled to participate in a mediation on March 27, 2013, the Court ORDERS the parties to file a joint status report by April 17, 2013. In their report, the parties shall indicate the status of settlement negotiations and whether it would be beneficial to extend case management deadlines, including dispositive motion and trial dates.

    **IT IS SO ORDERED.**

Dated: April 3, 2013

                   _____
                   Maria-Elena James
                   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California