CHARLES A. BONNER, ESQ., SBN 85413
A. CABRAL BONNER, ESQ., SBN 247528
LAW OFFICES OF BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, California 94965
Telephone: (415) 331-3070, Fax: (415) 331-2738

Attorneys for Plaintiff

BARBARA J. PARKER, City Atty., SBN 069722
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
ARLENE ROSEN, Senior Deputy City Atty., SBN 100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392, Fax: (510) 238-6500
28589:905020

Attorneys for Defendant,
CITY OF OAKLAND

GRANTED
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY MONTANA, | Case No. C11-04682 MEJ |
| Plaintiffs, | **Status Report** |
| vs. | |
| CITY OF OAKLAND, PATRICK CACERES, DAN LINDHEIM , and DOES 1 through 50, inclusive | |
| Defendants. | |

The parties to the above-entitled action jointly submit this status report pursuant to the Court's April 3, 2013 order.

The parties are happy to report that the matter settled at mediation before Kristen W. Maloney on March 27, 2013 contingent on approval by the Oakland City Council. The

parties request that the matter be put over for 75 days to obtain Council approval, finalize the settlement and file a stipulation for dismissal.

Dated: April 17, 2013

                LAW OFFICES OF BONNER & BONNER

           By: */s/ A. CABRAL BONNER*
                A. CABRAL BONNER
                Attorneys for Plaintiff

Dated: April 17, 2013         OFFICE OF THE CITY ATTORNEY OF OAKLAND

           By: */s/ ARLENE M. ROSEN*
                ARLENE M. ROSEN
                Attorneys for Defendant
                CITY OF OAKLAND

The parties shall file a stipulation for dismissal or joint status report by July 17, 2013.

Dated: April 23, 2013

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA