UNITED STATES  DISTRICT COURT

Northern District of California

AUDREY MONTANA,

               Plaintiff,

    v.

CITY OF OAKLAND, et al.,

               Defendants.

_____/

No.  C11-4682 MEJ

**ORDER RE: STATUS**

Based on the parties' July 17, 2013 Joint Status Report, the Court hereby ORDERS the parties to file an updated joint status report or stipulation for dismissal by September 12, 2013.

**IT IS SO ORDERED.**

Dated: July 18, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California